UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS DELSHAWN SHAW #775483,

      Plaintiff,

                        Case No. 1:25-cv-276

v.

                        HONORABLE PAUL L. MALONEY

HEIDI WASHINGTON, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 21, 2026, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties.  No objections have been filed. *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 27) is DENIED.

Dated:  February 20, 2026                 /s/  Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge